{¶ 1} This cause originated in this court on the filing of a complaint for a writ of mandamus.
{¶ 2} Upon consideration and pursuant to S.CtPrac.R. 12.04, it is ordered by the court that a peremptory writ of mandamus is granted, and the Special Commission is ordered to proceed with its meeting as set forth in R.C. 3.16(C)(2), and to abide by all provisions in that section.
{¶ 3} It is further ordered that the motion to transport the recordings of the special commission under seal to this court is denied.
O’Connor, C.J., and Pfeifer, O’Donnell, Lanzinger, Kennedy, and FRENCH, JJ., concur.
O’Neill, J., dissents.